JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
PHILLIPS, SPALLAS & ANGSTADT LLC
504 S. Ninth St.
Las Vegas, Nevada 89101
(702) 938-1510
jlewkowski@psalaw.net

*Attorneys for Defendants*
*Wal-Mart Stores, Inc. and Sam's West, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JAMES CARBULLIDO, individually,<br><br>Plaintiff,<br>v.<br><br>WAL-MART STORES, INC., a Delaware Corporation and Nevada Foreign Corporation; SAM'S WEST, INC., a Delaware Corporation and Nevada Foreign Corporation, doing business as Sam's Club #6382; DOE Employee I, Individually; DOES II through X; and ROE CORPORATIONS I through X, Inclusive,<br><br>Defendants. | Case No.: 2:09-cv-02329-GMN-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED, by the parties hereto, through their respective counsel of record, that the above-captioned matter be dismissed, with prejudice, each party to

///

///

///

///

///

///

- 1 -

bear their own costs and attorney's fees.

DATED this ____ day of January, 2011.

| PHILLIPS, SPALLAS & ANGSTADT, LLC | MAINOR EGLET |
|---|---|
| *signature* | *signature* |
| JENNIFER LEWKOWSKI, ESQ. | JOSEPH J. WIRTH, ESQ. |
| Nevada Bar No. 10823 | Nevada Bar No. 10280 |
| 504 S. Ninth Street | 400 S. Fourth Street, Suite 600 |
| Las Vegas, Nevada 89101 | Las Vegas, Nevada 89101 |
| *Attorneys for Defendant* | *Attorneys for Plaintiff* |
| *Wal-Mart Stores, Inc.* | |

\*\*\*

## ORDER

PURSUANT TO THE STIPULATION OF THE PARTIES, through their respective counsel, it is hereby:

ORDERED, ADJUDGED, AND DECREED, that the above-captioned matter be dismissed, with prejudice each party to bear their own costs and attorney's fees.

DATED this 4th day of January, 2011.

_____
Gloria M. Navarro
United States District Judge

Respectfully submitted by:

**PHILLIPS, SPALLAS & ANGSTADT, LLC**

*signature*

JENNIFER LEWKOWSKI, ESQ.
Nevada Bar No. 10823
*Attorneys for Defendant*
*Wal-Mart Stores, Inc.*